IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 3 1 2012

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

| | |
|---|---|
| LARRY DARNELL COLEMAN, | CASE NO. 7:12CV00025 |
| Plaintiff, | |
| | FINAL ORDER |
| vs. | |
| WESTERN VIRGINIA REGIONAL JAIL, SUPERINTENDENT CHARLES I. POFF, JR., | By: Glen E. Conrad<br>Chief United States District Judge |
| Defendants. | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous, and this action is stricken from the active docket of the court.

ENTER: This 30th day of January, 2012.

_____
Chief United States District Judge